**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHIRLEY DORSHIMER and ROBERT DORSHIMER** | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:13-0553 |
| | : | |
| v | : | (JUDGE MANNION) |
| **ZONAR SYSTEMS, INC., and VELOCITI, INC.** | : | |
| | : | |
| Defendants | : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendant Zonar's motion for summary judgment, (Doc. 33), is **GRANTED IN PART** and **DENIED IN PART**. Summary judgment is **GRANTED** as to plaintiffs' strict liability claims for design defect and failure to warn. Judgment is entered in favor of defendant Zonar and against plaintiffs with respect to Count I of their complaint. Defendant Zonar's motion for summary judgment is **DENIED** as to plaintiffs' negligence claim, Count II. A pretrial conference will be set by separate order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 18, 2015**