**WILLIAM J. FERREN & ASSOCIATES**
MICHAEL J. DOMANISH, ESQUIRE                         Attorney for Defendant
IDENTIFICATION NO. 75932                             Zonar Systems, Inc.
50 GLENMAURA NATIONAL BOULEVARD
SUITE 300 – GLENMAURA PLAZA
MOOSIC, PA 18507

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shirley and Robert Dorshimer | : | CIVIL ACTION – LAW |
| | : | |
| Plaintiffs | : | JURY TRIAL DEMANDED |
| vs. | : | |
| | : | |
| Zonar Systems, Inc. | : | (Judge Malachy E. Mannion) |
| Defendant | : | Electronically Filed |
| vs. | : | |
| | : | |
| Velociti, Inc. | : | |
| | : | Docket #: 3:13-cv-00553 MEM |
| Additional Defendant | : | |

## CERTIFICATE CONCURRENCE / NONCONCURRENCE

With regard to Defendant Zonar's Motion in Limine, I, Michael J. Domanish, Attorney for Defendant Zonar, hereby certify that I contacted the office of Counsel for Plaintiff and that he DOES NOT CONCUR with the filing of this Motion. I also certify that I contacted the office of Counsel for Additional Defendant and he DOES CONCUR with the filing of the Motion.

Respectfully Submitted,

**WILLIAM J. FERREN & ASSOCIATES**

/S/ Michael J. Domanish, Esquire
Michael J. Domanish, Esquire
50 Glenmaura National Boulevard
Third Floor, Glenmaura Professional Plaza
Moosic, PA 18507
(570) 343-6570; (570) 343-5183 (fax)
mdomanis@travelers.com
ID No. 75932