# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHIRLEY DORSHIMER and ROBERT DORSHIMER** | : |
| Plaintiffs | : CIVIL ACTION NO. 3:13-0553 |
| v | : |
| | : (JUDGE MANNION) |
| **ZONAR SYSTEMS, INC., and VELOCITI, INC.** | : |
| Defendants | : |

# O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Zonar's motion *in limine*, (Doc. 58), is **GRANTED** with regards to Schwatrz's opinions that a contract existed between Zonar and Velociti or any other parties and, that an agency relationship existed between Zonar and Velociti or any other parties.

2. Plaintiffs are precluded from presenting any opinion from Schwartz regarding the above stated issues.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: August 8, 2016

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0553-02-Order.wpd